

# Fourth Court of Appeals
## San Antonio, Texas

April 7, 2016

No. 04-14-00886-CV

**CITY OF SAN ANTONIO**, et. al.,
Appellants

v.

**HAYS STREET BRIDGE RESTORATION GROUP**, et. al.,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-19589
Honorable David A. Canales, Judge Presiding

# O R D E R

On February 22, 2016, we granted Appellee's motion for extension of time to file its brief until April 6, 2016. *See* TEX. R. APP. P. 38.6(b), (d).

On April 4, 2016, Appellee filed an unopposed second motion for extension of time to file the brief until April 13, 2016, for a total extension of thirty-six days.

Appellee's motion is GRANTED. Appellee's brief is due on April 13, 2016. *See id.*

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court